**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SYMBION POWER HOLDINGS LLC and
SYMBION POWER, LLC,

                              Petitioners,

      -against-                                      23 **CIVIL** 1439 (VEC)

                                                     **JUDGMENT**

ZOUZAR BOUKA, VIMA REAL ESTATE
S.A.R.L., erroneously sued herein as VISION
MADAGASCAR REAL ESTATE SARL, and
VISION INDIAN OCEAN S.A.,

                              Respondents.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 4, 2023, Petitioners' motion to compel arbitration and to enjoin the Respondents from participating in the anti-corruption proceedings in Madagascar is DENIED. As that is the only relief sought in this matter, the case is DISMISSED without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       May 5, 2023

                                                        **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                                    **BY:**      *K. Mango*

                                                             **Deputy Clerk**